UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMAROSA SALAZAR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO CLEARING SERVICES LLC, a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No. 2:19-CV-09550 AB (KSx)**<br><br>[Assigned for All Purposes to the District Judge: André Birotte Jr; Magistrate Judge: Karen L. Stevenson]<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL**<br><br>Trial Date: None |

# ORDER OF DISMISSAL

The Court, having considered the Parties' Joint Stipulation of Dismissal with Prejudice (Dkt. No. 11), hereby **DISMISSES** the entire above-captioned action with prejudice as to all parties and causes of action, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii). Each party is to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: March 9, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE